1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JOSE LUIS MORALES,                  )   No. C 13-01075 EJD (PR)
                                         )
           Plaintiff,                    )   ORDER OF TRANSFER
12                                       )
        v.                               )
13                                       )
     CRIBBS, et al.,                     )
14                                       )
           Defendants.                   )
15   _____)
16
17        Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42
18   U.S.C. § 1983 against Kern Valley State Prison officials.  Plaintiff claims that Defendants
19   are retaliating against him for exercising his right to file inmate grievances, violating his
20   First Amendment rights.  Because the acts complained of occurred in Kern County, which
21   lies within the venue of the Eastern District of California, venue properly lies in that
22   district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is
23   TRANSFERRED to the United States District Court for the Eastern District of California.
24   See 28 U.S. C. § 1406(a).  The Clerk shall terminate all pending motions and transfer the
25   entire file to the Eastern District of California.
26
27   DATED: _____4/22/2013_____          _____
                                           EDWARD J. DAVILA
28                                         United States District Judge

Order of Transfer
01075Morales_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSE LUIS MORALES,

             Plaintiff,

   v.

KAREN CRIBBS, et al.,

             Defendants.

_____/

Case Number: CV13-01075 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/23/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jose Luis Morales P-63392
Kern Valley State Prison
P. O. Box 5104
Delano, CA 93216

Dated: ____4/23/2013_____

                            Richard W. Wieking, Clerk
              /s/  By: Elizabeth Garcia, Deputy Clerk